AO 440 (Rev. 06/12) Summons in a Civil Action

FILED-CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas
Marshall Division

2014 JAN 27 AM 8:56

TX EASTERN-MARSHALL

BY_____

| | |
|---|---|
| E-WATCH, INC. AND E-WATCH CORPORATION, <br><br> *Plaintiff(s)* <br><br> v. <br><br> SONY CORPORATION, SONY MOBILE COMMUNICATIONS AB, AND SONY MOBILE COMMUNICATIONS (USA), INC., <br><br> *Defendant(s)* | Civil Action No. 2:13-cv-01073 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sony Mobile Communications (USA), Inc.
c/o Capitol Services Inc.
1675 S. State Street, Ste. B, Dover, Delaware 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher V. Goodpastor
WATTS GUERRA, LLP
811 Barton Springs Road, Suite 725
Austin, Texas 78704

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/7/14

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-01073

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sony Mobile Communications (USA), Inc.
was received by me on *(date)* 1/8/2014

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Matthew Comiskey at 3:42pm, who is designated by law to accept service of process on behalf of *(name of organization)* Capitol Services, Inc on *(date)* 1/8/2014; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 1/8/2014

Shelly Miles
*Server's signature*

Shelly Miles - Process Servers
*Printed name and title*

1111B South Governors Avenue
Dover DE 19904
*Server's address*

Additional information regarding attempted service, etc: