UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:13-cv-1073

Name of party requesting extension: Sony Mobile Communications (USA) Inc.

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 1/8/2014

Number of days requested:   ☐ 30 days
☐ 15 days
☑ Other  18  days

New Deadline Date: 2/16/2014   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: John H. McDowell, Jr.
State Bar No.: 13570825
Firm Name: Andrews Kurth LLP
Address: 1717 Main Street
Suite 3700
Dallas, Texas 75201
Phone: 214-659-4400
Fax: 214-915-1432
Email: johnmcdowell@andrewskurth.com

A certificate of conference does not need to be filed with this unopposed application.